UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Mag. No. 15-6124 |
| v. | : Hon. Steven C. Mannion |
| JHAN LUIS MEJIA MARCELINO, and FNU LNU, a/k/a "El Fuerte" | : **SEALING ORDER** |

This matter having come before the Court upon the application of the United States of America, by Paul J. Fishman, United States Attorney (Melissa M. Wangenheim, Assistant United States Attorney, appearing) for an order sealing the Complaint and related papers in this matter, and for good cause shown,

IT IS on this 20th day of May, 2015

ORDERED that the Complaint in this matter and all related papers, with the exception of the arrest warrants and copies thereof, be filed under seal, and they are hereby sealed until the arrest of the first individual named in the warrants or until further order of this Court.

HONORABLE STEVEN C. MANNION
UNITED STATES MAGISTRATE JUDGE