UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Mag. No. 15-6124 |
| v. | : | Hon. Steven C. Mannion |
| JHAN LUIS MEJIA MARCELINO | : | **Order for Continuance** |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Melissa M. Wangenheim, Assistant United States Attorney), and defendant Jhan Luis Mejia Marcelino (John Yauch, Esq.), for an order granting a continuance of the proceedings in the above-captioned matter from the date this order is signed through and including August 1, 2016, this being the parties' seventh request for a continuance of time, and the defendant being aware that he has the right to have the matter submitted to a grand jury within 30 days of the date of his arrest pursuant to Title 18 of the United States Code, Section 3161(b), and the defendant having consented to the continuance and waived such right, and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) Plea negotiations are ongoing, which would render any grand jury proceedings and any subsequent trial of this matter unnecessary;

(2) Pursuant to Title 18, United States Code, Section 3161(h)(7),

the ends of justice served by granting the continuance outweigh the best interests of the public and the defendants in a speedy trial.

IT IS, therefore, on this 25 day of May, 2016

ORDERED that this action be, and it hereby is, continued from the date this order is signed through and including August 1, 2016; and it is further

ORDERED that the from the date this order is signed through and including August 1, 2016 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HON. STEVEN C. MANNION
United States Magistrate Judge

RECEIVED IN THE CHAMBERS OF

MAY 25 2016

TIME: _____ .M
HON. STEVEN C. MANNION, U.S.M.J.

Form and entry consented to:

_____
Melissa Wangenheim
Assistant United States Attorney

_____
David Eskew
Deputy Chief, General Crimes Unit

_____
Rachael Honig
Deputy Chief, Criminal Division

_____
John Yauch, Esq.
Counsel for Jhan Luis Mejia Marcelino

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Mag. No. 15-6124 |
| v. | : Hon. Steven C. Mannion |
| ODANYS ORLANDO ROJAS, a/k/a "El Fuerte" | : **Order for Continuance** |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Melissa M. Wangenheim, Assistant United States Attorney), and defendant Jhan Odanys Orlando Rojas (Timothy Anderson, Esq.), for an order granting a continuance of the proceedings in the above-captioned matter from the date this order is signed through and including August 1, 2016, this being the parties' seventh request for a continuance of time, and the defendant being aware that he has the right to have the matter submitted to a grand jury within 30 days of the date of his arrest pursuant to Title 18 of the United States Code, Section 3161(b), and the defendant having consented to the continuance and waived such right, and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) The defendant has signed a plea agreement and the parties require additional time to conduct a plea hearing;

(2) Pursuant to Title 18, United States Code, Section 3161(h)(7),

the ends of justice served by granting the continuance outweigh the best interests of the public and the defendants in a speedy trial.

IT IS, therefore, on this 25 day of May, 2016

ORDERED that this action be, and it hereby is, continued from the date this order is signed through and including August 1, 2016; and it is further

ORDERED that the from the date this order is signed through and including August 1, 2016 shall be excludable in computing time under the Speedy Trial Act of 1974.

---
HON. STEVEN C. MANNION
United States Magistrate Judge

RECEIVED IN THE CHAMBERS OF

MAY 25 2016

TIME: _____ M
HON. STEVEN C. MANNION, U.S.M.J.

2

Form and entry consented to:

_____
Melissa Wangenheim
Assistant United States Attorney

_____
David Eskew
Deputy Chief, General Crimes Unit

_____
Rachael Honig
Deputy Chief, Criminal Division

_____
Timothy Anderson, Esq.
Counsel for Odanys Orlando Rojas

Form and entry consented to:

_____
Melissa Wangenheim
Assistant United States Attorney

_____
David Eskew
Deputy Chief, General Crimes Unit

_____
Rachael Honig
Deputy Chief, Criminal Division

_____
Timothy Anderson, Esq.
Counsel for Odanys Orlando Rojas